IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ORGANOGENESIS INC., a corporation §
§
               Plaintiff, §
§
v. §     Civil Action No. 2:24-CV-00006-Z
§
RUSSELL MELCHER §
§
               Defendant. §

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Russell Melcher ("Defendant" or "Melcher"), by and through his attorney, moves for partial summary judgment on Plaintiff Organogenesis, Inc.'s claims for breach of contract against Defendant. For the reasons set forth in the contemporaneously filed *Brief in Support of Defendant's Motion for Partial Summary Judgment* ("Defendant's Brief"), Defendant respectfully requests the Court grant partial summary judgment as to Plaintiff's claims for breach of contract.  Defendant requests all other relief, in law or equity, to which he may be entitled.

Respectfully submitted,

YOUNG FIRM, PC
By: /s/ Jeremi K. Young
Jeremi K. Young, TX SBN 24013793
905 S. Fillmore, Suite 101
Amarillo, Texas 79101
Tel: (806) 331-1800
Fax: (806) 398-9095
E-mail: jyoung@youngfirm.com
**COUNSEL FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 25th day of September 2024, the foregoing document was electronically transmitted to the Clerk of the Court for filing via the Court's ECF System, and service of Notice of Electronic Filing was made to the ECF registrants shown below:

Richard Biggs
Mullin Hoard & Brown, LLP
500 South Taylor, Suite 800, LB 213
P.O. Box 31656
Amarillo, Texas 79120-1656
E-mail: rbiggs@mhba.com

Michael Rosen
Leah S. Rizkallah
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2699
Email: mrosen@foleyhoag.com
lrizkallah@foleyhoag.com

COUNSEL FOR PLAINTIFF

By: /s/ Jeremi K. Young
Jeremi K. Young